Case 2:20-mj-00634-VCF   Document 14   Filed 01/19/21   Page 1 of 1

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
1/19/2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00634-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| BRENT ALAN SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for Wednesday, January 20, 2021, at 9:00 a.m., be vacated and continued to __2/24/2021__ at the hour of _9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __19__ day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3